# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MORREALE REAL ESTATE SERVICES, INC., an Illinois corporation,

Plaintiff and Counterclaim Defendant,

vs.

GRANITE SOFTWARE, INC., a California corporation,

Defendant and Counterclaim Plaintiff. And

ELMER VASQUEZ, an individual,

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. SA CV 04-1015-JTL

**ORDER GRANTING STIPULATION FOR DISMISSAL, <u>WITH PREJUDICE</u>, AND SATISFACTION OF ALL JUDGMENTS**

Honorable Jennifer T. Lum

THIS MATTER comes before the Court on the January 17, 2008 stipulation of the parties (including Elmer Vasquez, who was originally a party to this case, but was subsequently dismissed on summary judgment).

Based on that stipulation, and good cause appearing, the Court finds and orders as follows:

A. This case and each claim asserted in this case is dismissed, <u>with prejudice</u>, each party to bear its or his own attorneys' fees and costs.

B. Each and every judgment shall be deemed to have been satisfied in all respects.

ORDER GRANTING STIPULATION FOR DISMISSAL, <u>WITH PREJUDICE</u>, AND SATISFACTION OF ALL JUDGMENTS

- 1 -

BY FAX

C.     The Court directs the Clerk of the Court to enter a final judgment accordingly, and as Fed. R. Civ. P. 79(b) provides.

DATED: _____

BY THE COURT:

_____

Jennifer T. Lum
United States Magistrate Judge